KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**IN RE COMBINED WORLD TRADE CENTER**          21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**

------------------------------------------------------------------X

**LUIS MORAN (AND WIFE, KETTY MORAN),**
                                                                **DOCKET NO:**
                                                                **08 CV 2243**
                        Plaintiffs,

        -against-

**100 CHURCH, LLC, 120 BROADWAY**               **NOTICE OF**
**CONDOMINIUM (CONDO # 871), 120**              **APPEARANCE**
**BROADWAY HOLDINGS, LLC, 120**
**BROADWAY PROPERTIES, LLC,**
**120 BROADWAY LLC., 222 BROADWAY,**
**LLC, ALAN KASMAN DBA KASCO, AMBIENT**
**GROUP, INC., AMERICAN EXPRESS BANK,**
**LTD., AMERICAN EXPRESS COMPANY,**
**AMERICAN EXPRESS TRAVEL RELATED**
**SERVICES COMPANY, INC., ANN TAYLOR**
**STORES CORPORATION, BATTERY PARK CITY**
**AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC.,**
**BFP TOWER C CO., LLC, BFP TOWER C**
**MM  LLC,  BLACKMON-MOORING STEAMATIC**
**CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF**
**MANAGERS OF THE 120 BROADWAY CONDOMINIUM**
**(CONDO # 871), BROOKFIELD FINANCIAL**
**PROPERTIES, INC., BROOKFIELD FINANCIAL**
**PROPERTIES, LP, BROOKFIELD PARTNERS, LP,**
**BROOKFIELD PROPERTIES CORPORATION,**
**BROOKFIELD PROPERTIES HOLDING, INC**
**CHASE MANHATTAN BANK CORPORATION,**

CITIBANK, NA, CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., ENVIROTECH
CLEAN AIR, INC., GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING,  P.C., LEHMAN BROTHERS,
INC., LEHMAN COMMERCIAL PAPER, INC.,
MERRILL LYNCH & CO., INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC., NEW LIBERTY PLAZA LP.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT,
AGENCY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC, SILVERSTEIN PROPERTIES, INC.,
STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BOARD OF MANAGERS OF ONE LIBERTY
PLAZA CONDOMINIUM (CONDO # 1178),
THE CITY UNIVERSITY OF NEW YORK,
THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178),  TOSCORP INC.,
TRAMELL CROW COMPANY, TRAMELL
CROW CORPORATE SERVICES, INC.,
TRC ENGINEERS, INC., TUCKER
ANTHONY, INC, UBS FINANCIAL
SERVICES, INC., f/k/a SWISS BANK
CORPORATION, VERIZON NEW YORK,
INC., WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P.,
WFP ONE LIBERTY PLAZA CO. GP, CORP.,
WFP RETAIL CO. G.P. CORP., WFP
RETAIL CO. L.P., WFP TOWER A CO.,
L.P., WFP TOWER B CO., G.P. CORP.
WFP TOWER B HOLDING CO. L.P.
WFP TOWER B CO., L.P., WFP TOWER D CO.
G.P. CORP., WFP TOWER D HOLDING CO. I
L.P., WFP TOWER D HOLDING CO., II L.P.,
WFP TOWER D HOLDING I G.P., CORP.,

**WFP TOWER D CO., L.P., WORLD FINANCIAL PROPERTIES, L.P., and ZAR REALTY MANAGEMENT CORP., ET AL**

**Defendants.**

-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 3, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO.,
INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiffs
       **LUIS MORAN (AND WIFE, KETTY MORAN),**
       115 Broadway 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 3rd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**LUIS MORAN (AND WIFE, KETTY MORAN),**
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**