UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: LOWER MANHATTAN<br>MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| LUIS MORAN AND KETTY MORAN,<br><br>              Plaintiffs,<br><br>     -against-<br><br>100 CHURCH, LLC, ET. AL.,<br><br>              Defendants. | 08-CIV-2243 (AKH) |

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
        May 15, 2008

WHITEMAN OSTERMAN & HANNA LLP

BY:  /s/ John J. Henry
     _____
     John J. Henry (JH-7137)
     William S. Nolan (WN-8091)
     Attorneys for Defendant TRC Engineers, Inc.
     One Commerce Plaza
     Albany, New York  12260
     (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer