Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| LUIS MORAN, ET. AL.,<br><br>Plaintiffs,<br><br>-against-<br><br>100 CHURCH, LLC, ET. AL.,<br><br>Defendants. | INDEX NO.: 08-CV- 02243 (AKH)<br><br>**NOTICE OF ADOPTION OF AMBIENT GROUP, INC.'S ANSWER TO MASTER COMPLAINT**<br><br>**ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant, AMBIENT GROUP, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York

June 10, 2008

                                              Yours etc.,

                                              McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Defendant*
*Ambient Group, Inc.*


By:_ s/  John P. Cookson _____
      Richard S. Mills (RM-0206)
      John P. Cookson (JPC-9391)
      Wall Street Plaza
      88 Pine Street, 24th Floor
      New York, New York 10005
      (212) 483.9490

TO:    Worby Groner Edelman & Napoli Bern, LLP
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267.3700

       Gregory J. Cannata, Esq.
       Robert A. Grochow, Esq.
       233 Broadway, 5th Floor
       New York, New York 10279
       (212) 553.9206

       James E. Tyrrell, Jr., Esq.
       Patton Boggs LLP
       One Riverfront Plaza
       Newark, New Jersey 07102
       (973) 848.5600

       Thomas A. Egan, Esq.
       Fleming Zulack Williamson Zauderer, LLP
       One Liberty Plaza
       New York, New York 10006-1404
       (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of June 2008, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

McElroy, Deutsch, Mulvaney & Carpenter LLP

By: s/ John P. Cookson
Richard S. Mills (RM-0206)
John P. Cookson (JPC-9391)
*Attorneys for Defendant*
*Ambient Group, Inc..*
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490

3