UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
-----------------------------------------------------------------X
LUIS MORAN (AND WIFE KETTY MORAN),     :   08-CV-02243-AKH
                          Plaintiff,   :   **APPEARANCE**
       - against -                     :
                                       :   **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,             :
                          Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York              DICKSTEIN SHAPIRO LLP
       June 30, 2008

                           By:    /s/ Judith R. Cohen
                                  _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendants*
                                  MERRILL LYNCH & CO., INC. and
                                  222 BROADWAY, LLC

DOCSNY-314266