Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER          :      21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X
LUIS MORAN (AND WIFE KETTY MORAN),      :      08-CV-02243-AKH
                                                             :
                              Plaintiffs,     :      **NOTICE OF ADOPTION**
                                                             :      **OF ANSWER**
       - against -                            :      **TO MASTER COMPLAINT**
                                                             :      **BY MERRILL LYNCH**
100 CHURCH, LLC,  *et al.*,                   :      **AND 222 BROADWAY**
                                                             :
                              Defendants.      :      **ELECTRONICALLY FILED**
-------------------------------------------------------------X

          PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill

Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint

filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint,

both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower*

*Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).  To the extent that the Check-Off

Complaint in this action alleges a relationship between 100 Church Street and Merrill Lynch,

Merrill Lynch avers that it never reoccupied the building at this location after September 11,

2001 and that it terminated all lease arrangements covering this location effective May 8, 2003.

WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York                    DICKSTEIN SHAPIRO LLP
      June 30, 2008

                 By:     /s/ Judith R. Cohen
                        ————————————————————
                        Robert J. Higgins (RH-6477)
                        Judith R. Cohen (JC-8614)
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Phone: (212) 277-6500
                        Fax: (212) 277-6501

                        *Attorneys for Defendants*
                        MERRILL LYNCH & CO., INC. and
                        222 BROADWAY, LLC